**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | April 3, 2015 | Prob./Pret.: | Seth Junker |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Terri Lindblom | | |

---

Criminal Case No. **14-cr-00419-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Matthew T. Kirsch
                                              Daniel E. Burrows
      Plaintiff,

v.

**2. GEORGE F. DURBIN**,                          Kirkland L. Brush

      Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING (continued from March 31, 2015)**

**9:35 a.m.**    Court in Session - Defendant present, in custody.

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Defendant George F. Durbin's Motion for Review of Possible Conditions of Release that Would Allow Him to be Released on Bond [ECF Doc. No. 48], filed February 13, 2015, and Order and Recommendation of United States Magistrate Judge [ECF Doc. No. 51], filed March 2, 2015, are raised for argument.

9:36 a.m.    Statement on behalf of Probation (Mr. Junker).

9:39 a.m.    Argument by Defendant (Mr. Brush).

| | |
|---|---|
| 9:41 a.m. | Argument by Government (Mr. Burrows). |
| 9:47 a.m. | Statement on behalf of Probation (Mr. Junker). |
| 9:48 a.m. | Argument by Defendant (Mr. Brush). |
| | Court makes findings. |
| **ORDERED:** | Defendant George F. Durbin's Motion for Review of Possible Conditions of Release that Would Allow Him to be Released on Bond [ECF Doc. No. 48], filed February 13, 2015, is **DENIED.** |
| **ORDERED:** | Order and Recommendation of United States Magistrate Judge [ECF Doc. No. 51], filed March 2, 2015, is **AFFIRMED.** |
| 9:56 a.m. | Discussion regarding the status of the case. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **9:59 a.m.** | Court in Recess - HEARING CONCLUDED. |

**CLERK'S NOTE:**   **EXHIBIT A WAS RETURNED TO DEFENDANT'S COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   :24**